UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



THERESA SPANN, INDIVIDUALLY, AS
EXECUTRIX FOR THE ESTATE OF DOUGLAS M.
SPANN, AND AS REPRESENTATIVE FOR ALL
WRONGFUL DEATH BENEFICIARIES OF
DOUGLAS M. SPANN,                                                        **PLAINTIFF**

VS.                                              CIVIL ACTION NO. 3:02-CV-1645WS

AIR PRODUCTS AND CHEMICALS,
INC., et al.                                                              **DEFENDANTS**

## FINAL JUDGMENT OF DISMISSAL AS TO HEXION SPECIALTY CHEMICALS, INC., BORDEN CHEMICAL, INC., BORDEN, INC., AND MONOCHEM, INC.

On joint motion *ore tenus* of counsel for the Plaintiff and for Hexion Specialty

Chemicals, Inc., Borden Chemical, Inc., Borden, Inc. and Monochem, Inc., and the Court finding

that the matter has been fully compromised and settled among those parties, it is hereby:

**ORDERED AND ADJUDGED** that all claims of the Plaintiff asserted or which could

have been asserted in the Fourth Amended Complaint be and hereby are dismissed with

prejudice as to Hexion Specialty Chemicals, Inc., Borden Chemical, Inc., Borden, Inc. and

Monochem, Inc., with the parties to bear their respective costs.

**SO ORDERED AND ADJUDGED** this *12*th day of *July*, 2006.

Henry T. Wingate
Chief United States District Judge

APPROVED:

MARY E. McALISTER
Attorney for Plaintiff

ROBERT C. GALLOWAY
Attorney for Hexion Specialty Chemicals, Inc.,
Borden Chemical, Inc., Borden, Inc.
and Monochem, Inc.

Jackson 1409332v.1