IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

DOUGLAS SPANN, ET AL.                                                          PLAINTIFFS

VS.                                                    CIVIL ACTION NO. 3:02CV1645-W-S

AIRCO, INC., ET AL.                                                            DEFENDANTS

### AGREED ORDER OF DISMISSAL

The joint Motion of the Plaintiffs and Georgia-Pacific Corporation ("Georgia-Pacific") to

dismiss Georgia-Pacific with prejudice has come before the Court.  Having considered the

Motion, the Court finds that it is well taken and should be granted.

**IT IS, THEREFORE, ORDERED** that all claims against Georgia-Pacific asserted by

the Plaintiffs are dismissed with prejudice.  Each party is to bear its own costs.

**ORDERED** on this the 12 day of _July_, 2006.

_____
U. S. DISTRICT COURT JUDGE

AGREED TO AND APPROVED:

_____
Douglas G. Mercier (MBN 9510 )
Davis-Nutt & Associates, P.C.
606 Crescent Blvd.
Ridgeland, Mississippi  39157

COUNSEL FOR PLAINTIFFS

_____
Scott W. Pedigo  (MBN 10735)
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
Post Office Box 14167
Jackson, Mississippi 39236-4167
(601) 351-2400

COUNSEL FOR DEFENDANT, GEORGIA-PACIFIC CORPORATION

JM SWP 336190 v1
2825117-000010 06/08/2006